# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Keshia M. Jones<br>Tampa Division Manager |

ERIC BECTON,

    Plaintiff,

v.                                                                                 Case No: 8:18-cv-943-T-26AAS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____

## TRANSMITTAL OF RECORD TO STATE COURT

**State Court Case Number:** 18-CA-2555

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided.

June 19, 2018                           ELIZABETH M. WARREN, CLERK

                                              By:     s/L. Silvia, Deputy Clerk

Enclosures

Date of Receipt:                        _____

By:                                         _____